No. 94–7684. GRANVIEL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7686. GREENE v. MCFADDEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–7687. FIELDS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–7691. SORENS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7692. QUINONES v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–7693. RITCHEY v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 94–7694. WAKEFIELD v. BOROUGH OF NORTH PLAINFIELD ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7698. JOHNSON v. BLALOCK ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–7699. LOOMIS v. IDAHO ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 94–7703. MCQUEEN v. MATA ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7704. WEINSTEIN v. LASOVER ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7710. CONRAD v. TODD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–7723. DILLBECK v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–7724. JUDD v. BUREAU OF ALCOHOL, TOBACCO AND FIREARMS. C. A. 10th Cir. Certiorari denied.

No. 94–7730. HARPER v. HATCHER TRAILER PARK. Ct. App. Ga. Certiorari denied.

No. 94–7733. ADAMS v. RICE ET AL. C. A. 4th Cir. Certiorari denied.